UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELVIN SETTLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14CV1178 JCH |
| UNITED STATES OF AMERICA, | ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

Movant has filed a third successive motion to vacate under 28 U.S.C. § 2255. Movant is wasting the Court's resources by filing repeated and duplicative motions to vacate. The Court summarily dismissed movant's first two successive motions. See Settle v. United States, 4:13CV1852 JCH (E.D. Mo.); Settle v. United States, 4:12CV1543 JCH (E.D. Mo.). The instant motion must be dismissed for the same reason as those cases, i.e., because movant has not obtained permission from the Court of Appeals to file a successive motion. See 28 U.S.C. § 2255(h).

Movant is warned that the Court may impose sanctions on litigants who deliberately waste the Court's resources.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 1st day of July, 2014.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE